UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

Order Filed on July 7, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Denise M. Alliano
aka Denise M. Hunter

   Debtor

Case Number: 21-19430-ABA

Judge: Andrew B. Altenburg, Jr.

Hearing Date(s): June 14, 2022 at 10:00 a.m.

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: July 7, 2022**

*/s/ Honorable Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

1

| | |
|---|---|
| Applicant: | US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Lee Martin Perlman |
| Property Involved ("Collateral"): | 407 Lincoln Avenue, Collingswood, NJ 08108 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for **6** months, from **01/01/2022** to **06/01/2022**.

    ☒ The Debtor is overdue for **6** payments at **$1,590.28** per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☒ Applicant acknowledges receipt of funds in the amount of **$0.00** received after the motion was filed.

    Total Arrearages Due: **$9,541.68**.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of **$9,541.68**. Payment shall be made no later than **June 21, 2022**.

☒ Beginning on **07/01/2022**, regular monthly mortgage payments shall continue to be made in the amount of **$1,590.28** or as adjusted by any timely filed Notice of Mortgage Payment Change under Fed. R. Bank. P. 3002.1(b).

☐ Beginning on _____ additional monthly cure payments shall be made in the amount of _____ for _____ months.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:         **Fay Servicing, LLC**
                             **Bankruptcy Department**
                             **P.O. Box 814609**
                             **Dallas, Texas 75381-4609**

☒ Regular monthly payment:   **Fay Servicing, LLC**
                             **Bankruptcy Department**
                             **P.O. Box 814609**
                             **Dallas, Texas 75381-4609**

☐ Monthly cure payment:

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new

bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys' fees of $1,050.00, and costs of $188.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

*Rev.8/1/15*