Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−19430−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise M. Alliano
   aka Denise M. Hunter
   407 Lincoln Ave
   Collingswood, NJ 08108

Social Security No.:
   xxx−xx−7033

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/18/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 18, 2022
JAN: har

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-19430-ABA

Denise M. Alliano     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Nov 18, 2022     Form ID: 148     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Alliano, 407 Lincoln Ave, Collingswood, NJ 08108-1625 |
| aty | + | Phillip Raymond, 485F U.S. Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| aty | + | Steven Eisenberg, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |
| aty | + | William M. E. Powers, III, Powers Kirn LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 519456415 | + | ABC Bail Bonds, Attn: Morgan, Bornstein & Morgan, 1236 Brace Road, Ste K, Cherry Hill, NJ 08034-3229 |
| 519456416 | + | Arrow Financial Services, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 519456422 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 519456428 | + | Office of the Public Defender, P.O. Box 850, Trenton, NJ 08625-0850 |
| 519456429 | + | Powers Kirn, LLC, 728 Marne Highway, Ste 200, Moorestown, NJ 08057-3128 |
| 519456431 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519486987 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519456417 | | EDI: BANKAMER.COM | Nov 19 2022 01:33:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 519456419 | | EDI: CAPITALONE.COM | Nov 19 2022 01:33:00 | Capital One, Po Box 85015, Richmond, VA 23285 |
| 519456418 | + | EDI: CAPITALONE.COM | Nov 19 2022 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519456420 | + | EDI: CAPITALONE.COM | Nov 19 2022 01:33:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519456421 | | Email/Text: ECF@fayservicing.com | Nov 18 2022 20:41:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 519507002 | | Email/Text: ECF@fayservicing.com | Nov 18 2022 20:41:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519456423 | | EDI: IRS.COM | Nov 19 2022 01:33:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519456424 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2022 20:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

Case 21-19430-ABA   Doc 35   Filed 11/20/22   Entered 11/21/22 00:17:16   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 148 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519456425 | + | Email/Text: BKNotice@ldvlaw.com | Nov 18 2022 20:41:00 | Lyons, Doughty & Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519464054 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 18 2022 20:42:00 | MEB Loan Trust IV, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519456427 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2022 20:41:00 | Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519456430 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 18 2022 20:42:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519456432 | + | EDI: RMSC.COM | Nov 19 2022 01:33:00 | Syncb/toysrus, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 519457019 | + | EDI: RMSC.COM | Nov 19 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519456433 | + | EDI: RMSC.COM | Nov 19 2022 01:33:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 519507014 | ^ | MEBN | Nov 18 2022 20:36:59 | US Bank Trust National Association, Not In Its Ind, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 519500438 | + | EDI: AIS.COM | Nov 19 2022 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519456426 | *+ | Lyons, Doughty & Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2022             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV  dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Lee Martin Perlman
 on behalf of Debtor Denise M. Alliano ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Michael J. Milstead
 on behalf of Creditor MEB Loan Trust IV bkecf@milsteadlaw.com bkecf@milsteadlaw.com

Phillip Andrew Raymond
 on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
 on behalf of Creditor US Bank Trust National Association phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Steven Eisenberg
 on behalf of Creditor US Bank Trust National Association bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
 on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
 on behalf of Creditor MEB Loan Trust IV ecf@powerskirn.com

TOTAL: 11