Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                                       Case No.:  21−19430−ABA
                                                      Chapter:  13
                                                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Denise M. Alliano
  aka Denise M. Hunter
  407 Lincoln Ave
  Collingswood, NJ 08108

Social Security No.:
  xxx−xx−7033

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 7, 2023</u>                    <u>Andrew B. Altenburg Jr.</u>
                                        Judge, United States Bankruptcy Court